M/D 1

RECEIVED

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2019 JAN -4  A 10: 25

BRANDON ADAMS #227844  )
Full name and prison name of  )
Plaintiff(s)  )
 )
v.  )   CIVIL ACTION NO. 2:19-CV-10-WHA-CSC
 )   (To be supplied by Clerk of U.S. District
LT. COUSIN  )   Court)
LT. GRIFFIN  )
SGT. LAMBERT  )
SGT. CLEMONS  )
OFFICER CONTRELL  )
A.D.O.C. - ETC. AL. WEXFORD  )
Name of person(s) who violated your  )
constitutional rights. (List the names  )
of all the person.)  )

I.  PREVIOUS LAWSUITS

   A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?  YES ☑  No ☐

   B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?  YES ☐  NO ☑

   C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1.  Parties to this previous lawsuit:

         Plaintiff(s) _____N/A_____

         Defendant(s) _____

      2.  Court (if federal court, name the district; if state court, name the county)

         _____N/A_____



3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _____
W.E. DONALDSON CORRECTIONAL FACILITY

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _____
BULLOCK CORRECTIONAL FACILITY (RESTRICTED HOUSING)

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| # | NAME | ADDRESS |
|---|------|---------|
| 1. | LT. COUSIN | Bullock C.F. |
| 2. | LT. GRIFFIN | Bullock C.F. |
| 3. | SGT. LAMBERT | Bullock C.F. |
| 4. | SGT. CLEMONS, F | Bullock C.F. |
| 5. | OFFICER CONTRELL | Bullock C.F. |
| 6. | A.D.O.C - ECT. AL. | WEXFORD HEALTH CARE SERVICE |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED 9-22-18 - 10-19-18 DAY AND NIGHT 10-19-18 AND 10-22-18

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: INTENTIONALLY PLACE MY LIFE IN DANGER AND CREATING A SECURITY, AND SAFETY AND HEALTH HAZARD - NO SMOKE ALARM, NO SPRINKLE SYSTEM WORKING IN THE CELL OR LOCK UP UNIT / CRUEL AND UNUSUAL PUNISHMENTS UNDER THE 8TH AND 14TH AMENDMENTS.

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

IMPROPER AND REFUSE OF MEDICAL TREATMENT AND INTENTIONALLY PLACE MY LIFE IN DANGER AND CREATING A SECURITY AND SAFETY HEALTH HAZARD IN A CLOSED IN AREA CRUEL AND UNUSUAL PUNISHMENT UNDER THE 8TH AND 14TH AMENDMENTS.

GROUND TWO: PLACE MY LIFE IN DANGER, DENIED AND IMPROPER MEDICAL TREATMENT AND CRUEL AND UNUSUAL PUNISHMENT AND CREATING A SECURITY AND SAFETY HEALTH HAZARD IN

SUPPORTING FACTS: A CLOSED IN AREA AND NEGLECT TO DISREGARD ONES LIFE AND PLACE HIM IN DANGER.

GROUND THREE:

SUPPORTING FACTS:

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I LIKE FOR THE COURT TO GRANT ME THE SUM OF $5 MILLION FOR THE VIOLATION OF MY RIGHTS AND CRUEL AND UNUSAL PUNISHMENT ON MY LIFE.

*Brandon Adams #227841*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 1/1/19
(Date)

*Brandon Adams #227841*
Signature of plaintiff(s)

January 1, 2019

MY COMMISSION EXPIRES DECEMBER 8, 2020

BeauDon Adams
AIS# 227844 W-40
W.E. Donaldson Corr. Fac.
100 Warrior Lane
Bessemer, AL 35023

BIRMINGHAM AL 350
02 JAN 2019 PM 1 L

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated; and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

MAIL

Office of the Clerk
United States District Court
Middle District of Alabama
One Church Street, Suite B-110
Montgomery, AL 36104-4018

36104-401801