IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| BRANDON ADAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:19cv10-MHT |
| | ) | (WO) |
| LT. COUSIN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| BRANDON ADAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:19cv12-MHT |
| | ) | (WO) |
| PATRICE RICHIE, Warden III, et al., | ) | |
| | ) | |
| Defendants. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed these lawsuits contending that he was subjected to unconstitutional conditions of confinement and denied adequate medical care after multiple fires that were set in the Restricted Housing Unit at the Bullock Correctional Facility. These lawsuits are now

before the court on the recommendation of the United States Magistrate Judge that defendants' motions for summary judgment be granted. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 22nd day of February, 2022.

                                        /s/ Myron H. Thompson
                                       **UNITED STATES DISTRICT JUDGE**