IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| BRANDON ADAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:19cv10-MHT |
| | ) | (WO) |
| LT. COUSIN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| BRANDON ADAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:19cv12-MHT |
| | ) | (WO) |
| PATRICE RICHIE, Warden III, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 41) is adopted.

(2) Defendants' motions for summary judgment (Doc. 12, Doc. 13, Doc. 29, & Doc. 34) are granted.

(3) Judgment is entered in favor of defendants and against plaintiff, with plaintiff taking nothing by his complaints.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

These cases are closed.

DONE, this the 22nd day of February, 2022.

                                        /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE